1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| RYAN KUHN, | Case No.  1:22-cv-00966-SAB |
| --- | --- |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| | (ECF No. 6) |

18  Plaintiff Ryan Kuhn filed a complaint on August 3, 2022, challenging a final decision of

19  the Commissioner of Social Security denying an application for disability benefits.  (ECF No. 1.)

20  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in*

21  *forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  On August 4, 2022, the Court

22  ordered Plaintiff to file a long form application.  (ECF No. 3.)  On August 22, 2022, Plaintiff

23  filed a long form application to proceed *in forma pauperis*.  (ECF No. 6.)  The Court finds

24  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

25  Therefore, the Court shall order that the complaint in this action be served, pursuant to

26  paragraph 1 of the scheduling order to be issued in this action, which provides that service of the

27  Defendant shall proceed under the Court's E-service program.

28  / / /

1

1    Accordingly, IT IS HEREBY ORDERED THAT:

2    1.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is GRANTED;

3    2.    The Clerk of the Court is DIRECTED to issue a summons and new case

4          documents; and

5    3.    The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social

6          Security Administration and the United States Attorney's Office at their

7          designated email addresses, a notice of electronic filing of this action along with

8          the summons and complaint.

9

10   IT IS SO ORDERED.

11   Dated:   **August 23, 2022**

                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28