1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| RYAN KUHN, | Case No. 1:22-cv-00966-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE |
| v. | (ECF No. 12) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

12
13
14
15
16
17
18
19

On December 7, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended from December 30, 2022, to February 28, 2023. (ECF No. 13.)  The Court finds good cause to grant the first requested extension.

20

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

21

1.    The stipulated motion is GRANTED; and

22

2.    Plaintiff shall file an opening brief on or before February 28, 2023.

23
24

IT IS SO ORDERED.

25

Dated:   **December 7, 2022**

UNITED STATES MAGISTRATE JUDGE

26
27
28

1